UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA

VS.                                           CRIMINAL NO. 5:10-cr-14-DCB-FKB

ELVIS D. PRATER and
DEWAYNE E. JOHNSON

## O R D E R

The above case having been submitted to the jury,

It is now ordered that said jury be kept together in the custody of the United States Courts and that proper provision for said jurors' meals be made at the expense of the United States until such time as they have reached a verdict or are otherwise discharged.

SO ORDERED this __1st__ day of March, 2011

> s/ David Bramlette
> UNITED STATES DISTRICT JUDGE