```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                        WESTERN DIVISION
```

UNITED STATES OF AMERICA

VERSUS                                    CRIMINAL NO. 5:10-cr-14-DCB-FKB

ELVIS D. PRATER and
DEWAYNE D. JOHNSON                                              DEFENDANTS

### ORDER CHANGING STATUS OF SEALED DOCUMENTS

On the Motion of Defendant Johnson, this Court recently permitted Johnson to file three motions and one memorandum in support of a motion under seal [document entry nos. 128, 129, 130, and 131].  This Court has now become aware that counsel for the Government is not able to access those documents from the docket.  Accordingly, the Court orders the status of those documents to be changed to Restricted, rather than Sealed.  Access will be restricted to attorneys of record in the case and court personnel.

**IT IS HEREBY ORDERED** that Document Entry Nos. 128, 129, 130, and 131 are no longer sealed.  Instead, access to those documents is Restricted to attorneys of record and court personnel.

**SO ORDERED** this the 10th day of June, 2011.


                                    s/ David Bramlette

                                    **UNITED STATES DISTRICT JUDGE**